JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP 25 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 850

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CORDIS CORPORATION CARDIAC PACEMAKERS PRODUCT LIABILITY LITIGATION

TRANSFER ORDER*

This litigation presently consists of two actions pending in two federal districts: one action each in the Eastern District of California and the Southern District of Ohio. Before the Panel is a motion by Cordis Corporation (Cordis), a defendant in both actions, to centralize the two actions in the Southern District of Ohio, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. Plaintiffs in the California action oppose the Section 1407 motion. If the Panel nevertheless deems centralization appropriate, the California plaintiffs would favor the Eastern District of California as the transferee forum. The Ohio plaintiffs do not oppose the Section 1407 motion, but they do oppose transfer of their action to the Eastern District of California.

On the basis of the papers filed and the hearing held, the Panel finds that these two actions involve common questions of fact and that transfer under Section 1407 to the Southern District of Ohio will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Common factual questions arise because the claims in both actions focus on alleged defects in cardiac pacemakers and related products manufactured by Cordis. Transfer under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with regard to overlapping class certification requests), and conserve the resources of the parties, their counsel and the judiciary.

Neither of the districts where the constituent actions are pending could be characterized as the nexus of this litigation. On balance, however, we are persuaded that the Southern District of Ohio is the appropriate transferee forum. We note that 1) the action pending in that district has been pending for almost four years and is more advanced than the California action; and 2) Judge Walter H. Rice, to whom we are assigning this litigation, has presided in the Ohio action since its commencement in 1986 and is familiar with the issues and parties in the docket.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Eastern District of California be, and the same hereby is, transferred to the Southern District of Ohio and, with the consent of that court, assigned to the Honorable Walter H. Rice for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

_____
John F. Nangle
Chairman

---

* Judge Louis H. Pollak took no part in the decision of this matter.

SCHEDULE A

MDL-850 — In re Cordis Corporation Cardiac Pacemakers Product Liability Litigation

Eastern District of California

Frederick Ferguson, et al. v. Cordis Corporation, et al., C.A. No. CIVS-89-1308 LKK-JFM

Southern District of Ohio

Beulah Mae Henthorn, et al. v. Cordis Corporation, et al., C.A. No. C-3-86-543

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JAN 27 94

PATRICIA D. HOWARD
CLERK OF THE PANEL

**DOCKET NO. 850**

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE CORDIS CORPORATION CARDIAC PACEMAKERS PRODUCT LIABILITY LITIGATION*

*Admiral Insurance Co., et al. v. Cordis Corporation, et al.*, S.D. Florida, C.A. No. 1:93-2199

*BEFORE JOHN F. NANGLE, CHAIRMAN, MILTON POLLACK,\* ROBERT R. MERHIGE, JR., WILLIAM B. ENRIGHT,\* CLARENCE A. BRIMMER, JR., JOHN F. GRADY, AND BAREFOOT SANDERS, JUDGES OF THE PANEL*

## TRANSFER ORDER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by three defendants in the above-captioned action (*Admiral*), who are also the class plaintiffs in the previously centralized actions in this litigation, to transfer *Admiral* to the Southern District of Ohio for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Walter H. Rice. The twelve insurer plaintiffs in *Admiral* and two defendants in *Admiral* -- Cordis Corporation (Cordis) and TNC Medical Devices Pte, Ltd. -- oppose the motion.

On the basis of the papers filed and the hearing held, the Panel finds that *Admiral* involves common questions of fact with the actions in this litigation previously transferred to the Southern District of Ohio, and that transfer of *Admiral* to the Southern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. In particular, we note that: 1) common factual questions arise because *Admiral*, a declaratory judgment action relating to insurance coverage for the products liability claims against Cordis in MDL-850, raises issues of Cordis's knowledge and conduct in the manufacture and sale of pacemakers that are at the heart of the factual inquiry in MDL-850; and 2) transfer of *Admiral*, by placing the products liability claims and related insurance coverage issues before a single judge, could enhance the prospects for a global settlement in MDL-850.

---

\* Judges Pollack and Enright took no part in the decision of this matter.

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action entitled *Admiral Insurance Co., et al. v. Cordis Corporation, et al.*, S.D. Florida, C.A. No. 1:93-2199, be, and the same hereby is, transferred to the Southern District of Ohio and, with the consent of that court, assigned to the Honorable Walter H. Rice for inclusion in the coordinated or consolidated pretrial proceedings occurring there.

FOR THE PANEL:

John F. Nangle
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 24 94

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 850

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE CORDIS CORPORATION CARDIAC PACEMAKERS PRODUCT LIABILITY LITIGATION

*First State Insurance Co., et al. v. Cordis Corporation, et al.*, S.D. Florida, C.A. No. 1:93-2381

## BEFORE JOHN F. NANGLE, CHAIRMAN, MILTON POLLACK, ROBERT R. MERHIGE, JR., WILLIAM B. ENRIGHT, CLARENCE A. BRIMMER, JOHN F. GRADY, AND BAREFOOT SANDERS, JUDGES OF THE PANEL

### TRANSFER ORDER

Presently before the Panel is a motion, pursuant to Rule 12, R.P.J.P.M.L., 147 F.R.D. 589, 596 (1993), by the three plaintiffs in the above-captioned action (*First State*) to vacate the Panel's order conditionally transferring *First State* to the Southern District of Ohio for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Walter H. Rice. The class plaintiffs in the previously centralized products liability actions in this litigation, who are not parties in *First State*, oppose the motion to vacate and favor transfer of *First State*.

On the basis of the papers filed and the hearing held, the Panel finds that *First State* involves common questions of fact with the actions in this litigation previously transferred to the Southern District of Ohio, and that transfer of *First State* to the Southern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of *First State*, a declaratory judgment action relating to insurance coverage for the products liability claims in MDL-850, is appropriate for reasons expressed by the Panel in its order earlier this year transferring another insurance coverage action to the Southern District of Ohio in this docket. *See In re Cordis Corporation Cardiac Pacemakers Product Liability Litigation*, MDL-850 (J.P.M.L. January 27, 1994) (unpublished order).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action entitled *First State Insurance Co., et al. v. Cordis Corporation, et al.*, S.D. Florida, C.A. No. 1:93-2381, be, and the same hereby is, transferred to the Southern District of Ohio and, with the

- 2 -

consent of that court, assigned to the Honorable Walter H. Rice for inclusion in the coordinated or consolidated pretrial proceedings occurring there.


FOR THE PANEL:

John F. Nangle
Chairman